

IT IS SO ORDERED.
Signed September 18, 2013

Arthur S. Weissbrodt
U.S. Bankruptcy Judge

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

In Re: ) Chapter 13
)
JEFFREY CARL DELTE ) Case No. 13-50813 ASW
)
) **ORDER OF DISMISSAL**
) **PRIOR TO CONFIRMATION**
_____ Debtor

    DEVIN DERHAM-BURK, Chapter 13 Standing Trustee, filed a Motion to Dismiss [Docket #28] along with a Notice and Opportunity for Hearing [Docket #29] on August 16, 2013 which was properly served on all interested parties. No opposition or request for hearing has been filed to the Motion to Dismiss. The Court having considered all pleadings in the case, and good cause appearing therefore,

    IT IS HEREBY ORDERED THAT the case is dismissed without prejudice. After payment of allowed adequate protection payments, administrative costs or fees, the Chapter 13 Standing Trustee shall return to the debtor(s) any remaining balance of the debtor funds on hand.

/

Notwithstanding the dismissal of the case, the Chapter 13 Standing Trustee shall remit to the Clerk of the Court funds from any previously disbursed checks that remain uncashed. The Chapter 13 Standing Trustee shall submit at a later date her Trustee's Final Report for approval by the Court.

Notice of the dismissal shall be served upon all parties by the Clerk of the Court.

* * * END OF ORDER * * *

# COURT SERVICE LIST

Case Name: JEFFREY CARL DELTE                  Case No.: 13-50813 ASW

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE